UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN HENDRIX,<br><br>    Plaintiff,<br><br>    v.<br><br>FOULK, et al.,<br><br>    Defendants. | No. 1:20-cv-01307-AWI-JLT (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br><br>(Doc. No. 25) |

    Plaintiff Benjamin Hendrix is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On June 4, 2021, the assigned magistrate judge filed a screening order, finding that Plaintiff's second amended complaint states a cognizable claim of deliberate indifference against Defendant Arce but not Defendant Santoro. Doc. No. 20. The magistrate judge directed Plaintiff to file a third amended complaint curing the deficiencies in his pleading or to notify the court of his desire to proceed only on the claim found cognizable. Id. at 6-7. On June 24, 2021, Plaintiff filed a notice that he "wishes to. . . proceed only on his deliberate indifference claim against . . . Arce and . . . dismiss . . . Santoro." Doc. No. 22.

    Therefore, on June 24, 2021, the magistrate judge issued findings and recommendations, recommending that Defendant Santoro be dismissed. Doc. No. 25. The findings and

recommendations were served on Plaintiff and provided him 14 days to file objections thereto. Id. at 1-2. Plaintiff has not filed any objections, and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The findings and recommendations issued on June 24, 2021 (Doc. No. 25) are ADOPTED in full;
2. Defendant Santoro and the claims against her are DISMISSED;
3. The Clerk of the Court is directed to rename this case "*Hendrix v. Arce*"; and,
4. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  August 11, 2021                                   _____
                                                                             SENIOR DISTRICT JUDGE