UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN HENDRIX,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARCE,<br><br>　　　　　Defendant. | Case No. 1:20-cv-01307-AWI-JLT (PC)<br><br>**ORDER DENYING MOTION FOR MISCELLANEOUS RELIEF**<br><br>(Doc. 31) |

　　　　Plaintiff has filed a document titled, "Motion to Confirm the Defendant C. Arce Waiver Filed July/30/21." (Doc. 31.) Plaintiff states that he received Defendant's waiver of service of summons, which provides that Defendant must serve an answer within 60 days of June 24, 2021.[1] (*Id.*) However, it is unclear what relief, if any, Plaintiff is requesting from the Court. Per Federal Rule of Civil Procedure 7(b), motions must state the relief sought and the grounds on which it is sought. Plaintiff's motion does not do this. Accordingly, the motion is DENIED.

IT IS SO ORDERED.

　　Dated: __**August 24, 2021**__　　　　　_____ /s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant filed an answer on August 23, 2021. (Doc. 32.)