UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN HENDRIX,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ARCE,<br><br>　　　　　Defendant. | Case No. 1:20-cv-01307-AWI-JLT (PC)<br><br>**ORDER LIFTING STAY** |

On August 24, 2021, the Court issued an order staying this case and referring it to alternative dispute resolution. (Doc. 35.) On October 29, 2021, Defendant filed a notice opting out of ADR. (Doc. 40.) Accordingly, the Court ORDERS:

1. The stay of this matter is LIFTED; and,
2. The Clerk of the Court is directed to issue a discovery and scheduling order.

IT IS SO ORDERED.

　　Dated: __November 1, 2021__　　　　　　_____ /s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE