UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN HENDRIX,<br><br>             Plaintiff,<br><br>   v.<br><br>ARCE,<br><br>             Defendant. | Case No. 1:20-cv-01307-AWI-BAK (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 44) |

Defendant moves to modify the Court's discovery and scheduling order. (Doc. 44.) Upon consideration of the motion, including defense counsel's supporting declaration, the Court finds good cause to grant the request. Accordingly, the Court ORDERS:

1. Defendant's motion to modify the discovery and scheduling order (Doc. 44) is GRANTED;
2. The deadline for filing motions challenging exhaustion of administrative remedies is extended to April 1, 2022;
3. The deadline for completing all discovery, including filing motions to compel, is extended to June 17, 2022; and,
4. The deadline for filing pretrial dispositive motions is extended to September 1, 2022.

///

///

All other deadlines remain in effect.

IT IS SO ORDERED.

Dated:   **February 1, 2022**                    /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE