UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN HENDRIX,<br><br>           Plaintiff,<br><br>      v.<br><br>ARCE,<br><br>           Defendant. | Case No. 1:20-cv-01307-AWI-BAK (SKO) (PC)<br><br>**ORDER GRANTING DEFENDANT'S SECOND MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 46) |

Defendant Arce moves to modify the Court's discovery and scheduling order. (Doc. 46.) The Court previously modified the discovery and scheduling order on February 1, 2022. (Doc. 44.)

Defendant seeks a 28-day extension of time for filing motions challenging exhaustion of administrative remedies, completing all discovery, and for filing pretrial dispositive motions, citing continued assessment of Plaintiff's "voluminous grievances," the anticipated receipt of additional grievances not included in Plaintiff's central file, and competing obligations in other matters assigned to defense counsel. (Doc. 46 at 3-5 & 46-1.)

Upon consideration of the motion, including defense counsel's supporting declaration, the Court finds good cause to grant the request. Accordingly, the Court ORDERS:

1. Defendant's motion to modify the discovery and scheduling order (Doc. 46) is GRANTED;

2. The deadline for filing motions challenging exhaustion of administrative remedies is extended to April 29, 2022;

3. The deadline for completing all discovery, including filing motions to compel, is extended to July 15, 2022; and,

4. The deadline for filing pretrial dispositive motions is extended to September 29, 2022.

All other deadlines remain in effect.

IT IS SO ORDERED.

Dated:   **March 23, 2022**                    /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE

2